JS-6

FILED
CLERK, U.S. DISTRICT COURT

APR 13 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br>       Plaintiff(s), <br><br> v. <br><br> MISCELLANEOUS COMPUTER EQUIPTMENT, <br><br>       Defendant(s) | CASE NO. CV07-6009-AHM (FMOx) <br><br> ORDER REMOVING CASE FROM ACTIVE CASELOAD BY VIRTUE OF STAY |

| | |
|---|---|
| 1 | On June 11, 2008, the Court granted the parties' request to extend the stay of this action pending conclusion of the related criminal prosecution until October 30, 2009; |

On June 11, 2008, the Court granted the parties' request to extend the stay of this action pending conclusion of the related criminal prosecution until October 30, 2009;

IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown and within 30 days of the conclusion of the related criminal action, to request a status conference be scheduled to reopen this action, if necessary. Until such time, this Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

IT IS SO ORDERED.

DATED: April 13, 2009

A. HOWARD MATZ
United States District Judge